IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WESTERN FALCON, Inc. and | § | |
| WAGON TRAIL VENTURES, Inc. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-2963 |
| | § | |
| MOORE ROD & PIPE, LLC and | § | |
| MOORE PIPE, Inc. | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Counsel for the defendant, Moore Rod & Pipe, LLC, has filed a Motion to Quash, (Docket Entry No. 27). The filing of this motion is inconsistent with this court's procedures, which require the following:

> **Any party wishing to make any discovery motion should arrange for a conference with the court before the preparation and submission of any motion papers. Call, fax, or e-mail Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov at any time to arrange for a premotion conference and notify your adversary of the date and time fixed for the conference, subject to the availability of opposing counsel. The fax number is (713) 250-5213. To the extent that the proposed motion can be disposed of upon oral presentation at the conference, this will be done. If papers are necessary, the issues to be addressed and a schedule for the briefs will be defined in the conference.**

This motion is stricken. A premotion conference to address the subject matter of the motion will be held on **January 30, 2014**, in Courtroom 11-B, at 8:15 a.m.

SIGNED on January 27, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge