**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| WESTERN FALCON, INC., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-2963 |
| | § | |
| MOORE ROD & PIPE, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER SETTING HEARING ON
PLAINTIFFS' MOTION FOR CIVIL CONTEMPT**

A hearing is set for **June 5, 2014**, at 8:30 a.m. in Courtroom 11-B, to set a schedule to prepare for and hold a show cause hearing on plaintiffs Western Falcon, Inc. and Wagon Trail Ventures, Inc.'s Motion for Civil Contempt.

Plaintiffs must provide notice of the hearing and this Order to the defendants.

SIGNED on May 29, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge