IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WESTERN FALCON, INC., *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-13-2963 |
| § | |
| MOORE ROD & PIPE, LLC, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

For the reasons stated in the court's Memorandum Opinion and Order of even date, the plaintiffs' claims are dismissed with prejudice and the defendants' counterclaims are dismissed without prejudice.

SIGNED on June 18, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge